No. 269. MISSOURI PACIFIC RAILROAD COMPANY *v.* WALNUT RIDGE-ALICIA ROAD IMPROVEMENT DISTRICT. Error to the Supreme Court of the State of Arkansas. Motion to dismiss or affirm submitted March 16, 1925. Decided March 23, 1925.   Judgment affirmed upon the authority of *Missouri Pacific R. R. Co.* v. *Western Crawford Road Improvement District,* 266 U. S. 187.   *Messrs. G. B. Rose, D. H. Cantrell, J. F. Loughborough* and *A. W. Dobyns* for defendant in error in support of the motion to dismiss or affirm.   *Messrs. Thomas B. Pryor, Edward J. White* and *Harry L. Ponder* for plaintiff in error in opposition to the motion.

———

No. 767. UNITED STATES *v.* BOARD OF COUNTY COMMISSIONERS OF OSAGE COUNTY, OKLAHOMA, ET AL.   Appeal from the Circuit Court of Appeals for the Eighth Circuit.   Argued March 18 1925.   Decided April 13, 1925.   *Per Curiam.*   Decree affirmed, upon the authority of *Wright-Blodgett Co.* v. *United States,* 236 U. S. 397, 402; *Bodkin* v. *Edwards,* 255 U. S. 221, 223; *Brewer Oil Co.* v. *United States,* 260 U. S. 77, 86.   *Mr. S. W. Williams,* Special Assistant to the Attorney General, with whom *Solicitor General Beck* and *Assistant Attorney Wells* were on the brief, for the United States.   *Mr. Preston A. Shinn* for appellee.